| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____   Chapter   **11** |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **T&S Food Services II, LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-4714244** |
| 4. | **Debtor's address** | **Principal place of business** **201 B West Butler Rd., Suite 1101** **Mauldin, SC 29662** Number, Street, City, State & ZIP Code **Greenville** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **Multiple Locations** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor    **T&S Food Services II, LLC**    Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | T&S Food Services II, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  **Multiple Locations**
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
■ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **T&S Food Services II, LLC**  Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 19, 2025**
MM / DD / YYYY

X **/s/ Rolando Allen**  **Rolando Allen**
Signature of authorized representative of debtor   Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Karen M. Grivner**   Date **June 19, 2025**
Signature of attorney for debtor   MM / DD / YYYY

**Karen M. Grivner**
Printed name

**Clark Hill PLC**
Firm name

**824 N Market Street**
**Suite 710**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 250-4750**   Email address  **kgrivner@clarkhill.com**

**4372 DE**
Bar number and State

## UNANIMOUS WRITTEN CONSENT
## TO TAKE ACTION IN LIEU OF A MEETING
## OF
## THE MEMBERS
## OF
## T&S FOOD SERVICES II, LLC

Pursuant to Delaware law and Section 4.4(p) of the Operating Agreement of T&S Food Services II, LLC, a Delaware limited liability company (the "*Company*"), dated as of May 9, 2019, the undersigned, being all the members of the Company (collectively, the "*Members*") hereby agree to and adopt the following resolutions by written consent:

WHEREAS, the Members of the Company have reviewed the financial records of the Company, have considered the business and financial condition of the Company, and are aware of the assets, liabilities, potential liabilities and liquidity of the Company; and have had the opportunity to consult with the management and advisors of the Company and fully considered all of the strategic alternatives available to the Company; and

WHEREAS, as a result of the Company's current financial situation, it appears that it may be necessary to file a reorganization of the Company under chapter 11 (the "*Bankruptcy*") of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the District of Delaware or such other bankruptcy court in which venue may be proper (the "*Bankruptcy Court*");

IT IS THEREFORE, RESOLVED, that the Members have determined in their judgment that it may be desirable and in the best interests of the Company, its creditors, and other interested parties to commence the Bankruptcy;

RESOLVED, that Rolando Allen, currently serving as the Designated Operator for the Company, is hereby appointed the Chief Restructuring Officer (the "*CRO*") of the Company and shall simultaneously remain as the Designated Operator of the Company.

RESOLVED, that the CRO is hereby authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Bankruptcy, and to take any and all further acts and deeds that he deems necessary, proper, and desirable in connection with the Bankruptcy, with a view to the successful administration of such case; and further

RESOLVED, that the CRO is authorized and empowered to, in the name and on behalf of the Company, to negotiate, make, execute and deliver, either jointly or severally, any and all debtor-in-possession documents related to the sale of the Company and/or its assets (the "*Sale*"), and any and all amendments, supplements, modifications, extensions, replacements, agreements, documents, and instruments relating to the foregoing, subject to the requisite Bankruptcy Court approval; and further

RESOLVED, that the CRO is authorized and empowered to, in the name and on behalf of the Company, to negotiate, make, execute and deliver, either jointly or severally, any and all debtor-in-possession documents related to the restructuring, reorganization, or sale of the Company and/or its assets, and any and all amendments, supplements, modifications, extensions, replacements, agreements, documents, and instruments relating to the foregoing, subject to the requisite Bankruptcy Court approval; and further

RESOLVED, that Clark Hill PLC, and such other law firms as may be employed by the Company, is hereby engaged as general bankruptcy counsel for the Company under an advanced payment retainer in the Bankruptcy, subject to any requisite Bankruptcy Court approval; and further

RESOLVED, that Haynie & Company, and such other law firms as may be employed by the Company, is hereby engaged as accountant for the Company under an advanced payment retainer in the Bankruptcy, subject to any requisite Bankruptcy Court approval; and further

RESOLVED, that any and all actions taken by the CRO or representatives of the Company, for and on behalf of the Company and in the name of the Company, prior to the adoption of these resolutions, including, but not limited to, the preparation and execution of any documents related to the Bankruptcy, are hereby ratified, confirmed, and approved in all respects for all purposes; and further

RESOLVED, that in addition to the specific authorizations herein conferred upon the CRO, the CRO is authorized and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in the CRO's business judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing resolutions, subject to any requisite Bankruptcy Court approval.

IN WITNESS WHEREOF, the undersigned Members of the Company hereby evidence their written consent to the foregoing resolutions effective as of this 18th day of June 2025.

MEMBERS OF
T&S FOOD SERVICES II, LLC

*Jesse Tyson*
JESSE TYSON

*M A Sullivan*
BOULEVARD CONSULTING GROUP LLC
By: Mark Sullivan
Its: Sole Member

282204863.v3

# United States Bankruptcy Court
## District of Delaware

In re  **T&S Food Services II, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **T&S Food Services II, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Boulevard Consulting Group LLC**  
**Address on File**

**Jesse Tyson**  
**Address on File**

☐ None [*Check if applicable*]

**June 19, 2025**  
Date

/s/ Karen M. Grivner  
**Karen M. Grivner**  
Signature of Attorney or Litigant  
Counsel for  **T&S Food Services II, LLC**  
**Clark Hill PLC**  
**824 N Market Street**  
**Suite 710**  
**Wilmington, DE 19801**  
**(302) 250-4750 Fax:(302) 421-9439**  
**kgrivner@clarkhill.com**

# United States Bankruptcy Court
## District of Delaware

In re **T&S Food Services II, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Boulevard Consulting Group LLC** Address on File | | | **25% Membership Interest** |
| **Jesse Tyson** Address on File | | | **75% Membership Interest** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 19, 2025**

Signature **/s/ Rolando Allen**
**Rolando Allen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Fill in this information to identify the case:

Debtor name: **T&S Food Services II, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Budderfly Inc.<br>2 Trap Fallas Road<br>Shelton, CT 06484 | | Utility | | | | $28,921.37 |
| Calcasieu Parish Sales & Use Tax Dept<br>PO Drawer 2050<br>Lake Charles, LA 70602 | | Taxes | | | | $251,218.71 |
| City of Branson - TT<br>110 W Maddux St Suite 200<br>Branson, MO 65616 | | Taxes | | | | $15,666.69 |
| City of Mt. Vernon, Illinois<br>PO Box 1708<br>Finance Department<br>Mt Vernon, IL 62864 | | Taxes | | | | $26,694.56 |
| East Baton Rouge Parish Sheriff<br>Sid J Gautreaux, III<br>PO Box 919319<br>Dallas, TX 75391 | | Taxes | | | | $15,469.45 |
| Franchise Signs Int'l LLC<br>1101 West Melinda Lane, Suite A<br>Phoenix, AZ 85027 | | Trade Debt | | | | $15,924.00 |
| Garnett Hospitality and Consulting<br>618 Cypresswood Ridge<br>Spring, TX 77373 | | Trade Debt | | | | $14,600.13 |
| Illinois Dept of Revenue<br>PO Box 19006<br>Springfield, IL 62794 | | Taxes | | | | $534,273.78 |

Debtor **T&S Food Services II, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Centralized Insolvency Office PO Box 7346 Philadelphia, PA 19104** | | Taxes | | | | $48,864.55 |
| **J&J Commercial LLC 3712 Taft Park Metairie, LA 70002** | | Trade Debt | | | | $28,378.72 |
| **Jefferson Parish Sheriff's Office PO Box 248 Gretna, LA 70054** | | Taxes | | | | $251,984.94 |
| **LA Delights, LLC 900 Gerstner Memorial Drive Lake Charles, LA 70601** | | Lease/Tax | | | | $18,433.15 |
| **Lonestar Electric Supply 11011 Perrin Beitel San Antonio, TX 78217** | | Trade Debt | | | | $14,615.29 |
| **Louisiana Dept of Revenue PO Box 201 Baton Rouge, LA 70821** | | Taxes | | | | $460,074.43 |
| **MBM Customized Food Service Attn Legal Department 4747 McLane Parkway Temple, TX 76504** | | Trade Debt | | | | $217,490.41 |
| **Missouri Dept of Revenue PO Box 840 Jefferson City, MO 65105** | | Taxes | | | | $1,880,249.20 |
| **MOA Architecture, Inc. Southern First Bank ATTN Debbie Tucker 6 Verdae Blvd Greenville, SC 29607** | | Trade Debt | | | | $17,205.73 |
| **Moye White LLP 3615 Delgany St Suite 1100 Denver, CO 80216** | | Legal Services | | | | $36,925.00 |

Debtor   **T&S Food Services II, LLC**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **St. Clair County Collector**<br>**10 Public Square**<br>**Belleville, IL 62220** | | **Taxes** | | | | **$17,212.08** |
| **Zeal Commercial LLC**<br>**1847 Argus Ct**<br>**Freemont, CA 94539** | | **Lease** | | | | **$19,988.97** |

Official form 204           Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims           page 3

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | T&S Food Services II, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors                 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 19, 2025**       X **/s/ Rolando Allen**
                                          Signature of individual signing on behalf of debtor

                                          **Rolando Allen**
                                          Printed name

                                          **Chief Restructuring Officer**
                                          Position or relationship to debtor